B2100A (Form 2100A) (12/15)                                                                BL9295837

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS, LITTLE ROCK DIVISION

In re   TANYA BROOKS                                Case No. 4:17-12827

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | CONSUMER PORTFOLIO SVC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-1245

Court Claim # (if known):   1

Amount of Claim:   $12,013.16

Date Claim Filed:   6/8/2017

| | |
|---|---|
| Email:  proofofclaim@becket-lee.com | Email: |
| Phone:  610-228-2570 | Phone: |
| Last Four Digits of Acct #:   8933 | Last Four Digits of Acct #:   8933 |
| Last Four of Alternate Acct #: | Last Four of Alternate Acct #: |

Name and Address where transferee payments should be sent (if different from above):

    eCAST Settlement Corporation
    PO Box 29262
    New York, NY 10087-9262

Email:   payments@becket-lee.com
Phone:
Last Four Digits of Acct #:   8933
Last Four of Alternate Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Larry Butler                                Date:   1/4/2018

    Larry Butler, Claims Administrator
    Becket & Lee LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*